IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR412 |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN W. CURTIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to set Rule 35 hearing (Filing No. 33).  Accordingly,

IT IS ORDERED that a hearing on plaintiff's motion for Rule 35 (Filing No. 32) is scheduled for:

**Friday, March 10, 2006, at 11:15 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

DATED this 24th day of February, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court