IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )         8:03CR412
                             )
         v.                  )
                             )
BRIAN W. CURTIS,             )         ORDER
                             )
              Defendant.     )
_____)
```

IT IS ORDERED:

1) The hearing on plaintiff's motion for Rule 35 (Filing No. 32) is rescheduled for:

**Thursday, March 9, 2006, at 8:15 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.  Defendant need not be present.

2) Counsel for the defendant, Mary Gryva, is reappointed to represent the defendant for purposes of the Rule 35(b) motion, and the Federal Public Defender shall provide CJA counsel with a new voucher.

DATED this 28th day of February, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court