IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR412 |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN W. CURTIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on advice from the probation office that defendant has been accepted into the Community Corrections Center in Hastings, Nebraska. Accordingly,

IT IS ORDERED:

1) Defendant's custody with the United States Marshal shall terminate on March 2, 2009, at which time the office of the Federal Public Defender shall transport defendant to the CCC facility in Hastings, Nebraska.

2) All other terms of this Court's order (Filing No. 72) of February 20, 2009, remain in full force and effect.

DATED this 26th day of February, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court