IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR412 |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN W. CURTIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   This matter is before the Court on defendant's motion to continue dispositional hearing (Filing No. 85).  The Court finds the motion should be granted.  Accordingly,

   IT IS ORDERED that defendant's motion is granted; the final dispositional hearing on the petition for warrant or summons for offender under supervision (Filing No. 75) is rescheduled for:

**Monday, December 22, 2010, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

   DATED this 28th day of October, 2010.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court